# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**PAUL LOVE,**
        **Plaintiff**

**-vs-**                                                     **Case No.    C-1-11-275**

**CENTRAL STATES, SOUTHEAST AND**
**SOUTHWEST AREAS PENSION PLAN**
        **Defendant**

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X   Decision by Court.**  A decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Defendant's Motion to Uphold the Administrative Decision is GRANTED. This case is Dismissed and Terminated on the docket of this Court.**

                                                  JAMES BONINI,  CLERK

                                                  By:<u>s/   Darlene Maury</u>
                                                  Darlene Maury, Deputy Clerk