**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**PAUL LOVE,**
        **Plaintiff**

-vs-                                      **Case No.    C-1-11-275**

**CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREAS PENSION PLAN**
        **Defendant**

---

**JUDGMENT IN A CIVIL CASE**

      **Jury Verdict.**      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.**  A decision has been rendered.


    **IT IS ORDERED AND ADJUDGED**

    **Defendant's Motion to Uphold the Administrative Decision is GRANTED. This case is Dismissed and Terminated on the docket of this Court.**

                                                      JAMES BONINI, CLERK

                                                  By:<u>s/   Darlene Maury</u>
                                                  Darlene Maury, Deputy Clerk